**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Kevin L. Dickens, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 10-786 LPS |
| Commissioner Carl Danberg, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS'ANSWER**
**<u>TO PLAINTIFF'S COMPLAINT</u>**

State Defendants, through his undersigned attorney, hereby answer Plaintiff's Complaint as follows[1]:

1. Defendants admit only that either are currently employed or were formerly employed by the Delaware Department of Correction. Defendants deny using excessive force against Plaintiff in violation of his Constitutional rights. They also deny failing to protect him from any known harms or being deliberately indifferent to his medical needs. Deputy Warden Klein further denies that he in anyway violated Plaintiff's rights with respect to the nutra-loaf diet.

**<u>DEFENSES</u>**

1. The complaint, in whole or in part, fails to state claim for which relief could be granted.

2. The complaint should be dismissed, in whole or in part, as plaintiff failed to properly exhaust his administrative remedies.

3. The matter is in whole, or in part, time-barred under the appropriate statute of limitation, or repose or by some administrative time requirement.

[1] Defendants have an outstanding motion to sever the myriad of claims brought by the Plaintiff in this suit. Should his causes of actions be severed, Defendant's may be able to answer with more specificity.

4. Defendant is entitled to official or qualified immunity and the matter should be dismissed.

5. Plaintiff's claims are barred by sovereign immunity and/or subject to further limitations under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq*.

6. The complaint should be dismissed because the Court lacks personal jurisdiction over Defendants.

7. Plaintiff contributed to any alleged injury that resulted from the alleged incident in a manner which precludes recovery.

8. Defendants reserve the right to amend this Answer and to assert additional defenses or to supplement, alter, or modify the Answer upon obtaining additional facts through discovery in this case

**WHEREFORE**, Answering defendant requests that the Court grant judgment on their behalf for all that is just and proper, to include dismissal of this suit with Plaintiff to pay all costs.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ryan P. Connell
Ryan P. Connell, I.D. # 5423
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Attorney for State Defendants

DATE: September 30, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2014, I electronically filed *Defendant's Answer to Plaintiff's Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on September 30, 2014, I have caused to be mailed by United States Postal Service, the document to the following non-registered participant:

Kevin L. Dickens
SBI# 256265
1181 Paddock Rd.
Smyrna, DE 19977

/s/ Ryan P. Connell
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ryan.connell@state.de.us